UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA MARTINEZ and ROSS CAMPBELL,

    Plaintiffs,

v.                                              Case No: 6:17-cv-1876-Orl-40TBS

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER

This case comes before the Court *sua sponte*. On July 20, 2018 Plaintiffs filed Plaintiff's Rule 26 Initial Disclosures (Doc. 20). This district prohibits litigants from filing discovery material unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery (2015) at 4;[1] see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. There is no proper purpose for the filing of Plaintiffs' initial disclosures and they are therefore, **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, in the left hand column under the "Local Rules" tab.